UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NADRECA REID,

          Plaintiff,

- against -

GELAB COSMETICS LLC,

          Defendant.

25-cv-5533 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **September 8, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
           July 8, 2025

                                                John G. Koeltl
                                      United States District Judge