```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────
NADRECA REID,
                    Plaintiff,            25-cv-5533 (JGK)

        - against -                       ORDER

GELAB COSMETICS LLC,

                    Defendant.
─────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The Court has received the attached filing, which does not appear to require any action by this Court.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 21, 2025**

                                             /s/ John G. Koeltl
                                             **John G. Koeltl**
                             **United States District Judge**

July 23, 2025

**Re: Notice of Misdelivery – Case 1:25-cv-05533-JGK**

Dear Clerk of the Court:

I, Shijian Li, received a service of process notice in connection with the above-captioned matter. However, I am not a current member, officer, or representative of GaLab Cosmetics LLC and am not authorized to receive legal documents on its behalf. I respectfully request that this notice of misdelivery be added to the docket to clarify the record.

Sincerely,

*[signature]*
Shijian Li



Jeff <jeffli5986@gmail.com>

## Clarification Regarding Service of Process – Case 1:25-cv-05533-JGK
1 message

**Jeff** <jeffli5986@gmail.com>  
To: "shakedlawgroup@gmail.com" <shakedlawgroup@gmail.com>

Wed, Jul 23, 2025 at 3:42 PM

Dear Mr. Shaked,

My name is **Shijian Li**, and I am a former member of **GaLab Cosmetics LLC**. I am writing to inform you that I am no longer associated with the company in any capacity and have not been a member for some time.

I was recently served a complaint *Nadreca Reid v. GaLab Cosmetics, LLC* **(Case No. 1:25-cv-05533-JGK)** at the United States District Court in the Southern District of New York. However, as I am no longer affiliated with GaLab Cosmetics LLC, I am not authorized to receive legal documents on its behalf.

I respectfully request that you verify the current business registration records for GaLab Cosmetics LLC and direct service of process to the appropriate and current officers or agents of the company.

Please update your records accordingly.

Sincerely,  
**Shijian Li**

42 Meadowbrook Rd
Short Hills NJ
07078


case openings

9589 0710 5270 1594 7939 00

CERTIFIED MAIL

9589 0710 5270 1594 7939 00

Re: Case No. 1:25-cv-05533
Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY, 10007
Attn: Civil Intake

RECEIVED
JUL 28 2025
SDNY